IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT PIDICH and MARY PIDICH, | : Civ. No. 3:24-CV-1848 |
| Plaintiffs, | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| WALMART STORES, INC., | : |
| Defendant. | : |

# ORDER

AND NOW, this 28th day of October 2025, for the reasons stated in the accompanying Memorandum Opinion, the defendant's motion for summary judgment (Doc. 17) is GRANTED. The Clerk of Court is directed to close this case.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge
